1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff DAREN HEATHERLY;
   and IRMA RAMIREZ

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual<br><br>Plaintiffs,<br><br>v.<br><br>HAPPY DONUTS; WAYNE WOO; LILLIAN WOO; WALDEN WOO and CATHERINE L. GLAHN, Trustees of THE WALDEN WOO and CATHERINE L. GLAHN 2003 REVOCABLE TRUST created September 11, 2003; WESLEY WOO, as Trustee of THE WESLEY WOO 2003 REVOCABLE TRUST created December 31, 2003; WAYNE WOO and ANGELA WOO, as Trustees of THE WAYNE WOO and ANGELA WOO REVOCABLE TRUST; LILLIAN WOO TRUSTEE of THE CHORLEY-WOO TRUST dated December 20, 2006; and LILLY YAM and FATH YIN individuals dba HAPPY DONUTS,<br><br>Defendants. | **CASE NO.. CV-11-4129-EDL**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO..   CV-11-4129-EDL

-2-

1  The parties, by and through their respective counsel, stipulate to dismissal of this action
2  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the
3  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
4  costs and attorneys' fees. The parties further consent to and request that the Court retain
5  jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511
6  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
7  settlement agreements).

8  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
9  their designated counsel that the above-captioned action be and hereby is dismissed with
10 prejudice
11 pursuant to Federal Rules of Civil Procedure section 41(a)(1).

12 This stipulation may be executed in counterparts, all of which together shall constitute
13 one original document.

14

15 Dated: January 6, 2012    THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*
16

17                           By: /s/ Thomas E. Frankovich
                              Thomas E. Frankovich
18                           Attorney for DAREN HEATHERLY and IRMA
                              RAMIREZ, each an individual
19

20           SIGNATURES CONTINUED ON NEXT PAGE

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO.. CV-11-4129-EDL
-2-

Dated: January 6, 2011

RAGUNATH K. DINDIAL,
**Attorney at Law**

By: */s/ Ragunath K. Dindial*
    Ragunath K. Dindial
Attorney for Defendants WAYNE WOO; LILLIAN WOO; WALDEN WOO and CATHERINE L. GLAHN, Trustees of THE WALDEN WOO and CATHERINE L. GLAHN 2003 REVOCABLE TRUST created September11, 2003; WESLEY WOO, as Trustee of THE WESLEY WOO 2003 REVOCABLE TRUST created December 31, 2003; WAYNE WOO and ANGELA WOO, as Trustees of THE WAYNE WOO and ANGELA WOO REVOCABLE TRUST; LILLIAN WOO TRUSTEE of THE CHORLEY-WOO TRUST dated December 20, 2006; and LILLY YAM and FATH YIN individuals dba HAPPY DONUTS

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: \_\_January 25\_\_, 2012



Hon_____ eth D. Laporte
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CASE NO. CV-11-4129-EDL

-3-